## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BEARING BROKERS, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 16 C 4280 |
| v. | ) ) ) | Judge St. Eve<br>Magistrate Judge Finnegan |
| SOFTTECQ, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff Bearing Brokers, Inc.'s individual claims against Defendant SoftTecQ, LLC with prejudice and without costs. Plaintiff Bearing Brokers, Inc.'s putative class claims against Defendant SoftTecQ, LLC are dismissed without prejudice and without costs. Plaintiff Bearing Brokers, Inc.'s claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Michael J. Ganzer (w/ consent) |
| Daniel A. Edelman | Michael J. Ganzer |
| Heather Kolbus | TERSCHAN, STEINLE, HODAN |
| EDELMAN, COMBS, LATTURNER | & GANZER, LTD. |
| & GOODWIN, LLC | 309 North Water Street, Suite 215 |
| 20 S. Clark Street, Suite 1500 | Milwaukee, WI 53202 |
| Chicago, IL 60603 | (414) 258-1010 |
| (312) 739-4200 | *Counsel for Defendant* |
| *Counsel for Plaintiff Bearing Brokers, Inc.* | *SoftTecQ, LLC* |

# CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on July 15, 2016, I caused a true and accurate copy of the forgoing document to be filed with the Court's CM/ECF system, which will send a notification of such filing to the following:

    Michael J. Ganzer (mike@tshglaw.com)
    TERSCHAN, STEINLE, HODAN & GANZER, LTD.
    309 N. Water Street, Suite 215
    Milwaukee, WI 53202

                                         s/ Heather Kolbus
                                         Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)