UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Bearing Brokers, Inc.
                              Plaintiff,

v.                                          Case No.: 1:16−cv−04280
                                                    Honorable Amy J. St. Eve

SoftTecQ, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 18, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' stipulation to dismiss, plaintiff's individual claims against defendant SoftTecQ, LLC are dismissed with prejudice and without costs. Plaintiff's putative class claims against defendant and plaintiff's claims against John Does 1−10 are dismissed without prejudice and without costs. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.